UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING BRETT LAUTER,<br><br>Plaintiff,<br><br>v.<br><br>IRINA ANOUFRIEVA, et al.,<br><br>Defendants.<br>_____ | Case No. CV 07-6811 JVS(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[RE DKT. NOS. 219, 224] |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all documents filed in connection with the pending Motions to Dismiss the Second Amended Complaint ("Motions to Dismiss"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), the parties' objections to the Report and Recommendation (respectively "Plaintiff's Objections" and "Defendants' Objections," collectively "Objections"), and the parties' responses to the Objections. The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. Except as clarified below, the Court concurs with and adopts the findings, conclusions, and

1

recommendations of the United States Magistrate Judge and overrules the Objections.[1]

    IT IS HEREBY ORDERED:  (1) the Motions to Dismiss are granted in part and denied in part as detailed in the Report and Recommendation with the following clarification:  As to claim 3 (invasion of California Constitutional right to privacy), the references in the Report and Recommendation to the alleged diversion/removal of mail and a personal file from plaintiff's home encompass the alleged diversion/removal of mail from plaintiff's mailboxes; (2) this action will proceed solely on the remaining portions of the Second Amended Complaint absent further order of the court; and (3) defendants shall file an Answer addressing the remaining portions of the Second Amended Complaint within twenty (20) days of the entry of this Order.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the United States Magistrate Judge's Report and Recommendation on plaintiff and on defendants' counsel.

    IT IS SO ORDERED.

DATED: August 31, 2010

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

---

[1] This Court declines to consider new arguments raised for the first time in Defendants' Objections to the Report and Recommendation.  See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

2