1  MARC J. SCHNEIDER, State Bar No. 214609
   mschneider@sycr.com
2  MAREN B. HUFTON, State Bar No. 253445
   mhufton@sycr.com
3  SHANE P. CRIQUI, State Bar No. 259045
   scriqui@sycr.com
4  **STRADLING YOCCA CARLSON & RAUTH**
   660 Newport Center Drive, Suite 1600
5  Newport Beach, CA  92660-6422
   Telephone:  (949) 725-4000
6  Facsimile:  (949) 725-4100

7  Attorneys for Defendants
   COX PADMORE SKOLNIK &
8  SKAKARCHY, LLP, JONATHAN C.S. COX,
   DEBRA COX, REPRESENTATIVE
9  OF THE ESTATE OF JONATHAN C.S.
   COX, LAUREN LIEBERT, ELLEN MILLER,
10 JACOB S. SHAKARCHY, GERALD
   PADMORE, STEVEN D. SKOLNIK and DEBORAH R. SROUR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KING BRETT LAUTER,<br><br>                    Plaintiff,<br><br>v.<br><br>IRINA ANOUFRIEVA; LAUREN LIEBERT; TERE LYNN GUERRERO; JONATHAN C.S. COX; DEBRA COX, REPRESENTATIVE OF THE ESTATE OF JONATHAN C.S. COX; COX PADMORE SKOLNIK & SHAKARCHY, LLP; ELLEN MILLER [A/K/A ELLEN BIDISCO]; JACOB S. SHAKARCHY; GERALD PADMORE; STEVEN D. SKOLNIK, DEBORAH R. SROUR and DOES I through X, inclusive,<br><br>                    Defendants. | CASE NO.:  CV07-6811-JVS (JCx)<br><br>Hon. James V. Selna<br><br>**JUDGMENT DISMISSING WITH PREJUDICE ALL REMAINING CLAIMS AGAINST DEFENDANTS: (1) LAUREN LIEBERT; (2) JONATHAN C.S. COX; (3) DEBRA COX, REPRESENTATIVE OF THE ESTATE OF JONATHAN C.S. COX; (4) COX PADMORE SKOLNIK & SHAKARCHY LLP; (5) ELLEN MILLER; (6) JACOB S. SHAKARCHY; (7) GERALD PADMORE; (8) STEVEN D. SKOLNIK; (9) DEBORAH R. SROUR; and (10) TERE LYNN GUERRERO**<br><br>Hearing Date:  November 7, 2011<br>Time:  1:30 p.m.<br>Courtroom: 10C, Santa Ana |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] JUDGMENT

LITIOC/2007392v1/100916-0003

1  **THE COURT HAS DETERMINED THAT THERE IS NO JUST**
2  **REASON FOR DELAY, AND IT IS HEREBY ORDERED, ADJUDGED**
3  **AND DECREED:**

4  (1) Defendants Lauren Liebert; Jonathan C.S. Cox; Debra Cox, as Representative of the Estate of Jonathan C.S. Cox; Cox Padmore Skolnik & Shakarchy LLP; Ellen Miller [a/k/a Ellen Bodisco]; Jacob S. Shakarchy; Gerald Padmore; Steven D. Skolnik; Deborah Srour; and Tere Lynn Guerrero's Motions for Summary Judgment are **GRANTED**;

9  (2) All remaining claims against Lauren Liebert; Jonathan C.S. Cox; Debra Cox, as Representative of the Estate of Jonathan C.S. Cox; Cox Padmore Skolnik & Shakarchy LLP; Ellen Miller [a/k/a Ellen Bodisco]; Jacob S. Shakarchy; Gerald Padmore; Steven D. Skolnik; Deborah Srour; and Tere Lynn Guerrero in Plaintiff's Second Amended Complaint are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: March 21, 2012

_____
Hon. James V. Selna, U.S. District Judge

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

- 1 -                                   CV07-6811-JVS
[PROPOSED] JUDGMENT
LITIOC/2007392v1/100916-0003