MARC J. SCHNEIDER, State Bar No. 214609
mschneider@sycr.com
MAREN B. HUFTON, State Bar No. 253445
mhufton@sycr.com
SHANE P. CRIQUI, State Bar No. 259045
scriqui@sycr.com
**STRADLING YOCCA CARLSON & RAUTH**
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendants
COX PADMORE SKOLNIK & SKAKARCHY, LLP, JONATHAN C.S. COX, DEBRA COX, REPRESENTATIVE OF THE ESTATE OF JONATHAN C.S. COX, LAUREN LIEBERT, ELLEN MILLER, JACOB S. SHAKARCHY, GERALD PADMORE, STEVEN D. SKOLNIK and DEBORAH R. SROUR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KING BRETT LAUTER,<br><br>Plaintiff,<br><br>v.<br><br>IRINA ANOUFRIEVA; LAUREN LIEBERT; TERE LYNN GUERRERO; JONATHAN C.S. COX; DEBRA COX, REPRESENTATIVE OF THE ESTATE OF JONATHAN C.S. COX; COX PADMORE SKOLNIK & SHAKARCHY, LLP; ELLEN MILLER [A/K/A ELLEN BIDISCO]; JACOB S. SHAKARCHY; GERALD PADMORE; STEVEN D. SKOLNIK, DEBORAH R. SROUR and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: CV07-6811-JVS (JCx)<br><br>Hon. James V. Selna<br><br>**JUDGMENT DISMISSING WITH PREJUDICE ALL REMAINING CLAIMS AGAINST DEFENDANTS: (1) LAUREN LIEBERT; (2) JONATHAN C.S. COX; (3) DEBRA COX, REPRESENTATIVE OF THE ESTATE OF JONATHAN C.S. COX; (4) COX PADMORE SKOLNIK & SHAKARCHY LLP; (5) ELLEN MILLER; (6) JACOB S. SHAKARCHY; (7) GERALD PADMORE; (8) STEVEN D. SKOLNIK; (9) DEBORAH R. SROUR; and (10) TERE LYNN GUERRERO**<br><br>Hearing Date: November 7, 2011<br>Time: 1:30 p.m.<br>Courtroom: 10C, Santa Ana |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] JUDGMENT

LITIOC/2007392v1/100916-0003

1  **THE COURT HAS DETERMINED THAT THERE IS NO JUST**
2  **REASON FOR DELAY, AND IT IS HEREBY ORDERED, ADJUDGED**
3  **AND DECREED:**
4     (1) Defendants Lauren Liebert; Jonathan C.S. Cox; Debra Cox, as
5  Representative of the Estate of Jonathan C.S. Cox; Cox Padmore Skolnik &
6  Shakarchy LLP; Ellen Miller [a/k/a Ellen Bodisco]; Jacob S. Shakarchy; Gerald
7  Padmore; Steven D. Skolnik; Deborah Srour; and Tere Lynn Guerrero's Motions
8  for Summary Judgment are **GRANTED**;
9     (2) All remaining claims against Lauren Liebert; Jonathan C.S. Cox; Debra
10 Cox, as Representative of the Estate of Jonathan C.S. Cox; Cox Padmore Skolnik
11 & Shakarchy LLP; Ellen Miller [a/k/a Ellen Bodisco]; Jacob S. Shakarchy; Gerald
12 Padmore; Steven D. Skolnik; Deborah Srour; and Tere Lynn Guerrero in Plaintiff's
13 Second Amended Complaint are **DISMISSED WITH PREJUDICE**.

15     **IT IS SO ORDERED.**

17 DATED:  March 21, 2012

    _____
    Hon. James V. Selna, U.S. District Judge

CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

- 1 -                                    CV07-6811-JVS
[PROPOSED] JUDGMENT
LITIOC/2007392v1/100916-0003